MARK T. SHKLOV (1850)
Attorney at Law
A Limited Liability Law Company
1001 Bishop Street, Suite 790
Honolulu, Hawaii 96813
Telephone No.: 585-8858
Facsimile No.: 599-4198
E-Mail: info@shklovlaw.com

Attorney-Lienor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN PUMPING SPECIALIST LLC, a Hawaii Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>K.R.T. LLC, a Virginia corporation, and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. CV14-00409 LEK RLP<br><br>NOTICE OF ATTORNEY'S LIEN FOR UNPAID ATTORNEY'S FEES, COSTS AND INTEREST; CERTIFICATE OF SERVICE |

NOTICE OF ATTORNEY'S LIEN FOR UNPAID
ATTORNEY'S FEES, COSTS AND INTEREST

NOTICE IS HEREBY GIVEN to Plaintiff HAWAIIAN PUMPING SPECIAL-IST LLC (hereinafter referred to as "Hawaiian Pumping"), whose last known mailing address is 99-1260 Iwaena Street, Aiea, Hawaii 96701, as follows:

That MARK T. SHKLOV (hereinafter referred to as "Attorney-Lienor"), claims an attorney's lien for unpaid attorney's fees, costs advanced, interest and compensation regularly assessed for legal services provided by Attorney-Lienor to Hawaiian Pumping in the above-captioned civil action, pursuant to Haw. Rev. Stat. § 507-81, as amended, as

specifically agreed upon, the reasonable value of the services of Attorney-Lienor, any costs advanced by Attorney-Lienor, and any fees or commissions taxed or allowed by the Court, in the total amount of **$11,809.80** as of November 28, 2014.

NOTICE IS FURTHER GIVEN THAT THE AMOUNT OF THE LIEN CLAIMED PURSUANT TO THIS PARAGRAPH SHALL ALSO INCLUDE ALL OTHER ADDITIONAL UNPAID ATTORNEY'S FEES, COSTS ADVANCED AND INTEREST WHICH HAVE BEEN ASSESSED AND WILL CONTINUE TO BE ASSESSED AFTER THE FOREGOING DATE.

DATED: Honolulu, Hawaii, December 17, 2014.

_/s/ Mark T. Shklov_
MARK T. SHKLOV
Attorney-Lienor