IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN PUMPING SPECIALIST LLC, a Hawaii Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>K.R.T. LLC, a Virginia corporation; DOE DEFENDANTS 1-10,<br><br>　　　　Defendants. | CIV NO. 14-00409 LEK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 29, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant In Part And Deny In Part Plaintiff's Motion To Enforce Settlement And To Grant In Part And Deny In Parte Defendant K.R.T LLC's Motion To Enforce Settlement" filed on January 29, 2015 (ECF No. [31]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 18, 2015.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**HAWAIIAN PUMPING SPECIALIST LLC VS. K.R.T. LLC; CIVIL 14-00409 LEK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**