CRITICAL

MARK T. SHKLOV (1850)
Attorney at Law
A Limited Liability Law Company
1001 Bishop Street, Suite 790
Honolulu, Hawaii  96813
Telephone No.:  585-8858
Facsimile No.: 599-4198
E-Mail: info@shklovlaw.com

Attorney-Lienor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN PUMPING SPECIALIST LLC, a Hawaii Limited Liability Company, )<br><br>Plaintiff, )<br><br>vs. )<br><br>K.R.T. LLC, a Virginia corporation, and DOE DEFENDANTS 1-10, )<br><br>Defendants. ) | CIVIL NO. CV14-00409 LEK RLP<br><br>WITHDRAWAL OF NOTICE OF ATTORNEY'S LIEN FOR UNPAID ATTORNEY'S FEES, COSTS AND INTEREST FILED ON 12/17/14; CERTIFICATE OF SERVICE |

WITHDRAWAL OF NOTICE OF ATTORNEY'S LIEN FOR UNPAID
ATTORNEY'S FEES, COSTS AND INTEREST FILED ON 12/17/14

COMES NOW Attorney-Lienor MARK T. SHKLOV and hereby withdraws his Notice

of Attorney's Lien for Unpaid Attorney's Fees, Costs and Interest, filed in the above-captioned civil

action on December 17, 2014.

DATED:  Honolulu, Hawaii, ___APR 0 2 2015_____.

_____
MARK T. SHKLOV
Attorney-Lienor